IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROSALIND THERESA BROWN : CIVIL ACTION
:
    v. :
:
MICHAEL J. ASTRUE : NO. 09-1960

ORDER

AND NOW, this 15th day of April, 2011, upon careful and independent consideration of plaintiff Rosalind Theresa Brown's motion for summary judgment and statement of issues in support of request for review (docket entry # 8), defendant Michael J. Astrue's response thereto (docket entry # 9), Brown's reply to the defendant's response (docket entry # 11), the Honorable L. Felipe Restrepo's Report and Recommendation (docket entry # 13), and Brown's objections to Judge Restrepo's Report and Recommendation (docket entry # 14), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

    1. Judge Restrepo's Report and Recommendation (docket entry # 14) is APPROVED IN PART and ADOPTED IN PART as explained in our Memorandum;

    2. Brown's motion for summary judgment (docket entry # 8) is GRANTED IN PART and DENIED IN PART as detailed in our Memorandum;

3. This case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with our Memorandum; and

4. The Clerk shall CLOSE this case statistically.

BY THE COURT:


\_\_\s\Stewart Dalzell

-2-

2